# EXHIBIT B

IN THE ~~COUNTY~~ CIRCUIT COURT IN THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

JUAN-CARLOS MENA

Plaintiff;

Vs.

AMERICAN HONDA FINANCE CORP

Defendant.

50 2018 CA 0 0 6 5 1 1 XXXX MB

CASE NO.           AH

CIVIL DIVISION

## COMPLAINT

JUAN-CARLOS MENA, as Plaintiff is suing AMERICAN HONDA FINANCE
CORP as Defendant, and alleges:

1. Action for damages in excess of $15,000.00 (Over fifteen thousand dollars).

2. Plaintiff Resides at 208 Fern Street, Apart. 1212, West Palm Beach, FL 33401

3. Defendant Resides at 5200 Lake Worth Rd, Greenacres, FL 33463

4. Plaintiff on May 25, 2015 acquired a Honda Accord 2013 (Exhibit "A"), from
   the Dealer Braman Honda Of Palm Beach (Honda Accord 2013), where
   Plaintiff gave a previous car as part of the negotiation; where Defendant
   American Honda Finance Corp in connection with the Dealer Braman Honda
   of Palm Beach start with Discrimination Acts against Plaintiff as a buyer as
   follows:

   a) Defendant American Honda Finance Corp in connection with the Seller
      Braman Honda of Palm Beach impose to Plaintiff a GAP (Guarantee
      Asset Protection), (Exhibit "A1" and Exhibit "B"); A Coverage in the
      amount of US$850,00 in order to get the credit. Since this kind of
      Insurance is not a requirement to get the credit. Plus Plaintiff showed a full
      coverage of car insurance.
   b) Defendant American Honda Finance Corp in a complete Discrimination
      Act due to Plaintiff's race (Latin-Hispanic), imposed an Interest Rate of
      12.99% Annual over a Loan of US$27,560.45 (Exhibit "A2"); when the
      Rate for White American was 5.8% Annual

5.  In October 2016 Plaintiff Juan-Carlos Mena received a letter from U.S. Department of Justice and The Consumer Financial Protection Bureau in order to participate of a Settlement Agreement that Defendant American Honda Finance Corp entered with U.S. Department of Justice, Civil Rights Division, Housing and Civil Enforcement Section; in regards with the same Discrimination Acts made by Defendant American Honda Finance Corp for higher interest rates to African-American, Hispanic, Asian and Pacific Islander. They were offer US$140.00 since Plaintiff continue paying more that 13% Annual. Plaintiff Juan-Carlos Mena did not participate on the said Agreement.(Exhibit "C"),

6.  Days after, a letter dated October 10th, 2016 had been received by Plaintiff Juan-Carlos Mena; from Defendant American Honda Finance Corp in order to convince him to participate in the Agreement that already had Defendant with U.S. Department of Justice. Plaintiff Juan-Carlos Mena did not participate on the said Agreement due to He continues paying the Higher Interest as per the Discriminations Acts per Defendant American Honda Finance Corp. (Exhibit "D")

    As a result, Juan-Carlos Mena, as Plaintiff request judgment against Defendant American Honda Finance Corp for damages over than US$15,000.00, plus costs of Suit and any other and further relief as the Court may deem proper.

    Dated: May 25th, 2018.

                              Respectfully submitted,

                              JUAN CARLOS MENA, Plaintiff
                              Carlos4358@live.com
                              208 Fern Street, Apt 1212
                              West Palm Beach, FL 33401
                              Phone: (786) 537-5802

**(WITH ARBITRATION PROVISION)**

DEAL # 194031                                                    *EXHIBIT "A"*

Dealer Number _____    Contract Number _____

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| JUAN CARLOS MENA<br>9235 SADDLE CREEK DR<br>BOCA RATON    FL   33496<br>PALM BEACH | N/A | BRAMAN HONDA OF PALM BEACH<br>5200 LAKE WORTH ROAD<br>GREENACRES, FL 33463 |
| Buyer's Birth Month: | Co-Buyer's Birth Month: | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of _12.99_ % per year. The Truth-In-Lending Disclosures below are part of this contract. You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| | 2013 | HOND ACCORD | | 1HGCR3F86DA009206 | Personal, family, or household unless otherwise indicated below<br>☐ business   ☐ agricultural |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 12.99 % | $ 12478.03 | $ 27560.45 | $ 40038.48 | $ 40038.48 (e) |

(e) means an estimate

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 556.09 | Monthly beginning  07/09/15 |
| N/A | N/A | N/A |
| Or As Follows: | N/A | |

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of each installment.

**Prepayment.** If you pay off all your debt early, you may have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:
#### Optional Credit Insurance
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both  Term N/A
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both  Term N/A

Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.
N/A _____ N/A
Buyer _____ Date
X N/A _____ N/A
Co-Buyer _____ Date
2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)
X N/A _____ N/A
Buyer _____ Date

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ _1676.48_ sales tax) ..... $ 26393.48 (1)
2. Total Downpayment =
   - Gross Trade-In Allowance $ 7518.00
   - Less Pay Off Made By Seller (e) $ 9313.16
   - Equals Net Trade In - 1995.16
   - + Cash 2000.00
   - + Other N/A N/A
   - (If total downpayment is negative, enter "0" and see 4J below) $ 0.00
3. Unpaid Balance of Cash Price (1 minus 2) ..... $ 26393.48 (2)
4. Other Charges Including Amounts Paid to Others on Your Behalf (3) $ _____
   (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies:
      - Life $ _____ N/A
      - Disability $ _____ N/A   N/A
   B. Vendor's Single Interest Insurance Paid to Insurance Company $ _____ N/A
   C. Other Optional Insurance Paid to Insurance Company or Companies $ _____ N/A
   D. Optional _____

*EXHIBIT "A"*

| | | |
|---|---|---|
| D | Optional Gap Contract (A1) | $ |
| E | Official Fees Paid to Government Agencies | $ |
| F | Government Documentary Stamp Taxes | $ 95.80 |
| G | Government Taxes Not Included in Cash Price | $ N/A |
| H | Government License and/or Registration Fees | $ 82.35 |
| I | Government Certificate of Title Fees | $ N/A |
| J | Other Charges (Seller must identify who is paid and describe purpose) | |

| to N/A | for Prior Credit or Lease Balance (e) | N/A |
|---|---|---|
| to TAG AGENCY/DLR | for ELECTRONIC FEE | 189.00 |
| to N/A | for N/A | N/A |
| to N/A | for N/A | N/A |
| to N/A | for N/A | N/A |
| to N/A | for N/A | N/A |
| to N/A | for N/A | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 1187.95 (4)
5  Loan Processing Fee Paid to Seller (Prepaid Finance Charge) $ N/A (5)
6  Amount Financed (3 plus 4) $ 27000.00 (6)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 6, is paid in full on or before N/A , Year N/A . SELLER'S INITIALS

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos.   JMSA GROUP--GAP
Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.
You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X N/A   Co-Buyer Signs X N/A   Date N/A

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year 2008 Make HONDA | Year N/A Make N/A |
| Model ACCORD EX-L | Model N/A |
| VIN 1HGCP26448A093921 | VIN N/A |
| Gross Trade-In Allowance $ 7516.00 | Gross Trade-In Allowance $ N/A |
| Payoff Made by Seller $ 9515.10 (e) | Payoff Made by Seller $ N/A (e) |
| Lienholder N/A | Lienholder N/A |

You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated in Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

Buyer Initials ___   Co-Buyer Initials N/A

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in Item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown above and in Item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in Item 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in Item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in Item 2 or any refund.

3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.
X N/A Date N/A
Buyer
X N/A Date N/A
Co-Buyer

**Other Optional Insurance**
N/A
Type of Insurance N/A Term
Premium $ N/A
Ins. Co. Name & Address N/A
N/A

N/A
Type of Insurance N/A Term
Premium $ N/A
Ins. Co. Name & Address N/A
N/A

N/A
Type of Insurance N/A Term
Premium $ N/A
Ins. Co. Name & Address N/A
N/A

☐ N/A
Type of Insurance N/A Term
Premium $ N/A
Ins. Co. Name & Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.
X 05/25/15
Buyer Signature Date 05/25/15
X
Co-Buyer Signature Date

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

**Returned Payment Charge:** If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

Florida documentary stamp tax required by law in the amount of $ 95.80 has been paid or will be paid directly to the Department of Revenue. 660-0272175-3
Certificate of Registration No.

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for

EXHIBIT "B"

## HONDA
### Financial Services

GUARANTEED ASSET PROTECTION DISCLOSURE — OPTIONAL GAP COVERAGE
DEALER 194011

**GUARANTEED ASSET PROTECTION (GAP) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra cost.** You are not required to purchase GAP provided through the Seller. If you choose to buy GAP provided through the Seller, the cost is indicated below, and the terms and conditions of GAP will be set forth in a separate written agreement. The term of GAP is the same as the term of the retail installment contract (Contract) executed between you and the Seller unless otherwise indicated.

☐  I/We want voluntary GAP coverage provided through Seller. The cost of the GAP is $ _____ for _____ months of coverage. I/We request that Seller finance this amount under my/our Contract.

☐  I/We do not wish to purchase GAP provided through the Seller. I/We acknowledge that, in the event my/our vehicle/goods is a total loss, I/We remain liable for any difference between the then unpaid balance under my/our Contract and the amount of property insurance proceeds received for the vehicle/goods.

Buyer Name: _____
Address: _____
9235 SADDLE CREEK DR
BOCA RATON   PALM BEACH  FL 33496

Co-Buyer Name: _____
Address: _____

X _____
Buyer Signature

Seller Name: _____
BRU HONDA OF PALM BEACH
Address: _____
6244 LAKE WORTH ROAD
GREENACRES, FL          33463

Contract Number: _____

Date: _____ 29 MAY 2018 _____

X _____
Co-Buyer Signature

**HFS - white     DEALER - yellow     CUSTOMER - pink**

HF GAP DISCL (12/11)

Financial
Services

**AGREEMENT TO FURNISH INSURANCE POLICY**

EXHIBIT "B"

I/We, the Buyer (hereafter referred to collectively and/or individually as "I" or "Me") of the Motor Vehicle described below, under a Retail Installment Contract dated _____ , _____ , agree to obtain and maintain an insurance policy providing comprehensive, collision, fire and theft insurance in an amount equal to the actual cash value of the Motor Vehicle, and to furnish American Honda Finance Corporation ("AHFC") with proof of such insurance within 30 days. I also agree to have a Loss Payable Endorsement issued in favor of AHFC and to provide a copy to AHFC.

I understand that if I fail to obtain and provide evidence of this insurance for any reason, whether or not it is my fault, AHFC may (i) declare me to be in default under the Retail Installment Contract and demand full and immediate payment under the Retail Installment Contract, or (ii) purchase insurance to protect AHFC's own interest in the Motor Vehicle and charge me for it by adding the cost of such insurance to the amount owing under the Retail Installment Contract. INSURANCE PURCHASED IN THIS SITUATION WOULD BE SOLELY FOR THE INTEREST AND PROTECTION OF AHFC AND WOULD NOT INCLUDE INSURANCE ON MY LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE.

I understand that I must maintain property insurance on the Motor Vehicle and name AHFC as Loss Payee as set forth above. I ALSO UNDERSTAND THAT I CAN PROVIDE THIS INSURANCE THROUGH AN EXISTING POLICY OR PURCHASE THIS INSURANCE FROM A PERSON AND/OR COMPANY OF MY OWN CHOOSING, subject only to AHFC's reasonable disapproval of such insurance obtained.

| BUYER | | |
|---|---|---|
| FIRST NAME | MIDDLE NAME | LAST NAME |
| STREET ADDRESS | CITY | STATE | ZIP CODE |
| TELEPHONE | | |

| VEHICLE INSURED | | | | |
|---|---|---|---|---|
| YEAR | MAKE | BODY | MODEL | SERIAL NUMBER |

I HAVE READ AND RECEIVED A COPY OF THIS AGREEMENT.

BUYER'S SIGNATURE ☞ _____ DATE _____ 23 MAY 2015

| DEALER CONFIRMATION | |
|---|---|
| ☐ AGENCY   ☒ INSURANCE COMPANY | NAME OF PERSON |
| AHFC LOSS PAYEE?  ☒ YES   ☐ NO | CONFIRMED BY _____ DATE _____ |

BY SIGNING BELOW, DEALER WARRANTS THAT INSURANCE HAS BEEN PLACED AS DESCRIBED ABOVE. IF THE WARRANTY IS BREACHED, AMERICAN HONDA FINANCE CORPORATION MAY REASSIGN THE SECURITY AGREEMENT TO DEALER AND DEMAND PAYMENT OF SUMS DUE THEREUNDER.

DEALER'S/SALESPERSON'S SIGNATURE ☞ _____ DATE 23 MAY 2015

| INSURANCE AGENT | INSURANCE AGENT |
|---|---|
| TELEPHONE ( ) (561) 338-6222 | COMPANY NAME |
| NAME  GATEWAY INS | POLICY NUMBER |
| ADDRESS | EFFECTIVE DATE  FROM 4/13/15  TO 10/13/15 |
| CITY, STATE & ZIP CODE | COVERAGE |

HF AGF INS 4/14

NOTE TO INSURANCE AGENT / CARRIER: ALL POLICIES MUST BE MAILED TO:
AMERICAN HONDA FINANCE CORPORATION, C/O PDP SERVICES, P.O. BOX 650200, HUNT VALLEY, MD 21065-0200
HFS - white    DEALER - yellow    AGENT - pink    CUSTOMER - gold

*EXHIBIT "C"*



**cfpb** Consumer Financial Protection Bureau

**U.S. Department of Justice**
Civil Rights Division
Housing and Civil Enforcement Section

---

**UNITED STATES**
**V.**
**AMERICAN HONDA**
**FINANCE CORP. (DOJ)**

**IN THE MATTER OF**
**AMERICAN HONDA**
**FINANCE CORP. (CFPB)**

If you follow the steps below to take part and are eligible, you will receive at least $140.00 from the settlement.

**TO TAKE PART IN THIS SETTLEMENT, FOLLOW THESE STEPS:**

1) Sign the attached Participation Form; and

2) Send in the form using ANY of the following:
**Mail** – use the enclosed postage paid envelope
**Email** – info@autolendingsettlement.com
**Fax** – 1-844-894-2463

BY January 31st, 2017

*Please look at the Questions & Answers for additional information.*

*Questions? You may speak to a live operator in English or Spanish at 1-855-891-9278.*

---

JUAN C MENA
9235 SADDLECREEK DR
BOCA RATON FL 33496

October 3rd, 2016

Re:   AHFC Account Number: 191741567
Vehicle Make / Model: HONDA / ACCORD

Dear JUAN C MENA:

We are writing on behalf of the U.S. Department of Justice and the Consumer Financial Protection Bureau (the "Agencies"). You may be eligible for <u>at least $140.00</u> from our settlement with American Honda Finance Corporation ("AHFC"). In July 2015, AHFC agreed to settle claims wherein the Agencies contended that African-American, Hispanic, Asian, and Pacific Islander customers paid higher interest rates than white customers for auto loans without regard to creditworthiness. AHFC agreed to this settlement for the benefit of its customers.

Based on our Agencies' preliminary review, you may be eligible for money from the settlement fund. To be eligible:

- you, or at least one co-buyer on the account, must be African-American, Black, Hispanic, Latino, of Spanish origin, Asian, Native Hawaiian, or other Pacific Islander; and

- you must have purchased a vehicle between January 1, 2011, and July 14, 2015, that was financed by American Honda Finance Corporation.

**If this is correct, you are entitled to at least $140.00.** Your actual check may be more depending on how many eligible customers participate.

**To get a check, you must sign the attached Participation Form and send in the form by January 31st, 2017 by mail, email, or fax.**

If you were a co-buyer with another person, each of you will receive separate letters. Each co-buyer is only entitled to receive one-half of the money due on that account. You should each decide for yourself whether to take part in the settlement. If your co-buyer chooses not to take part, you will still be paid one-half of the money due on the account if you are eligible and timely return the Participation Form. To get the full amount of money, each co-buyer must take part.

Sincerely,

*Rebecca Gelfond*
Rebecca Gelfond
Deputy Fair Lending Director
Consumer Financial Protection Bureau

*Sameena S. Majeed*
Sameena Shina Majeed
Chief
Housing and Civil Enforcement Section
United States Department of Justice

Para ver este mensaje en español, voltee esta página.

EXHIBIT "Z"

 Consumer Financial Protection Bureau

 **U.S. Department of Justice**
Civil Rights Division
Housing and Civil Enforcement Section

### AHFC Customer Participation Form

JUAN C MENA
9235 SADDLECREEK DR
BOCA RATON FL 33496

AHFC Account number: 191741567
Contract Date: 05/25/2015
Vehicle Make / Model: HONDA / ACCORD

Provide Address Changes Here:
Address 1:_____
Address 2:_____
City: _____
St: _____, Zip:_____

> **Return form by**
> **January 31st, 2017**
> **to receive your payment**

Regarding the settlement, I confirm that:

1. I am, or my co-buyer is, African-American, Black, Hispanic, Latino, of Spanish origin, Asian, Native Hawaiian, or other Pacific Islander;

2. I, or I and a co-buyer, purchased a vehicle between January 1, 2011, and July 14, 2015, that was financed by American Honda Finance Corporation; and

3. I am the customer on the AHFC Account listed at the top of this form.

Printed Name: _____

Signature: _____

Date of Signature: _____/_____/_____

Phone No: (___ ___) ___ ___ - ___ ___    Email Address:_____

☐ Check here if this form is signed by a representative and attach proof of representation

Submit form by postal mail, email, or fax

Postal Mail: P.O. Box 2718, Torrance, CA 90509
Email: info@autolendingsettlement.com
Fax: 1-844-894 2463

Translations into Chinese, Vietnamese, Korean and Tagalog available
by calling toll-free 1-855-891-9278.

翻译成中文可以索取。                         Bản dịch vào Việt Nam có sẵn theo yêu cầu.

한국에 따라 제공 요청으로 번역.             Mga Pagsasalin sa Tagalog Available kapag binanggit ang.

Para ver este mensaje en español, voltee esta página.

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 5/29/2018 12:32:45 PM

*EXHIBIT "D"*

## HONDA
# Financial
# Services

October 10, 2016

JUAN C MENA
9235 SADDLECREEK DR
BOCA RATON, FL 33496-1880

Re: Honda Settlement

Dear JUAN C MENA:

Recently, you may have received a letter from the Consumer Financial Protection Bureau and U.S. Department of Justice (the "agencies") informing you that you may be entitled to receive payment from a settlement reached with American Honda Finance Corporation (AHFC). We value you as a customer and encourage you to participate in the settlement.

At AHFC, we believe in treating all of our customers fairly when buying or financing a car. We dispute the allegations made by the agencies' letter. We strongly oppose discriminatory lending practices, and we expect our dealers to uphold this principle as well. AHFC has no information about, and does not consider, a customer's ethnicity or cultural background in our lending practices.

Though we disagree with the allegations made by the agencies, we nonetheless share a fundamental agreement in the importance of fair lending. AHFC is committed to continuing the Honda tradition of "respect for the individual" and putting our customers first. We believe that resolving these claims through a settlement is the best path forward and the right thing to do for our customers.

AHFC will continue to support all our customers by offering clear finance options and services to earn your loyalty. We appreciate your business and look forward to serving your financial needs in the future.

If you have any questions related to the settlement, please call the AHFC Settlement Administrator at (855) 891-9278. Thank you for being a loyal Honda or Acura customer.

Sincerely,

American Honda Finance Corporation

American Honda Finance Corporation

79804

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 5/29/2018 12:32:45 PM